DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

JOHNNY VU

Debtor(s)

)  Chapter 13
)  Case No. 18-51191 SLJ
)
)  TRUSTEE'S OBJECTION TO
)  CONFIRMATION WITH CERTIFICATE OF
)  SERVICE
)
)  341 Meeting: Date: JANUARY 28, 2019 @
)  10:30 AM
)  Initial Confirmation Date: FEBRUARY 14, 2019
)  Initial Confirmation Time: 9:55 AM
)  Place: 280 S. 1st Street Room 3099
)         San Jose, CA
)  Judge: Stephen L. Johnson
)

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Debtor has failed to comply with 11 U.S.C. § 342(a) and Fed. R. Bankr. P 2002. Henry Vu was omitted from the Creditor Matrix filed May 25, 2018 and was not noticed of the filing of this case. The Debtor must serve said creditor with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines and the Chapter 13 Plan, along with the **applicable** "Order Establishing Procedures for Objection to Confirmation."

Trustee's Obj to Confirmation – 18-51191 SLJ

2. In section 2.01 of the plan, the Debtor has altered the preprinted text by adding the words "for 24 months, $1,000.00 for 12 months then $2875 for 24 months". Section 5 of the plan prohibits alterations of the preprinted text and provides that alterations will be given no effect. In order to comply with the language in Section 5 of the plan the Trustee will interpret the plan *without* giving effect to the alteration.

3. The plan does not comply with 11 U.S.C. § 1325(a)(5). Section 3.10 lists Chase MTG secured by real property located at 1170 Spokane Drive, San Jose. It appears the Debtor is on title only and not on the loan to real property. The Trustee request the creditor be removed from the plan.

4. 11 U.S.C. §1325(a)(4) of the Bankruptcy Code requires that the value of the property to be distributed under the plan be equal to or greater than what would be paid if the estate were liquidated under Chapter 7. According to the Debtor's schedules, there is excess equity which exceeds the scheduled unsecured debt; therefore, a Chapter 7 Trustee could liquidate the Debtor's property and pay creditors 100% of their claims, plus interest. *See In re Beguelin,* 220 B.R. 94 (9th Cir. B.A.P. 1998). The Debtor proposes to pay 100% but does not propose to pay any interest on unsecured claims.

The Trustee requests that the Debtor amend Section 7 of the first amended plan to state that "Unsecured creditors shall receive interest at the federal judgment interest rate in effect at the time the petition was filed."

5. The Debtor has failed to comply with 11 U.S.C. § 521 (a)(1)(B)(i). The Debtor lists pending law suits on the Statement of Financial Affairs, #9, however TD Bank USA was omitted from the schedule of debts.

Trustee's Obj to Confirmation – 18-51191 SLJ

Case: 18-51191   Doc# 59   Filed: 01/23/19   Entered: 01/23/19 15:45:34   Page 2 of 4

6. The Debtor has not complied with 11 U.S.C. § 521(e)(2)(A)(i) and (B) as the Debtor has not provided the Trustee with a copy of his 2018 state income tax return.

7. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) and/or the feasibility test in 11 U.S.C. §1325(a)(6) is met, the Trustee requests that the Debtor provide her with a copy of each federal and state income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor's ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

Dated: January 23, 2019          /S/ Devin Derham-Burk
                                 _____
                                 Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served the within Objection to Confirmation, by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 23, 2019. Said envelopes were addressed as follows:

| | |
|---|---|
| JOHNNY VU<br>1170 SPOKANE DR<br>SAN JOSE, CA 95122 | PRO SE |

/S/ Clotilde Costa
Office of Devin Derham-Burk, Trustee